FILED
November 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003884447

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-62071-A-7F |
| FORTINO SANCHEZ and ALICIA SANCHEZ, | DC No. RHT-1 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| Debtors. _____/ | Date: December 7, 2011 Time: 9:00 a.m. Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about October 19, 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is non exempt equity in a 2004 Jeep with a fair market value of approximately $6,615.00.

5. The Trustee has received an offer from the debtors, Fortino Sanchez and Alicia Sanchez, to purchase the equity in the above-described asset for the total sum of $1,517.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration that said sum, in addition to the turnover of the debtors' tax refunds, will pay administrative claims and timely-filed unsecured claims in the case totaling $2,398.57 in full.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtors, Fortino Sanchez and Alicia Sanchez, for the total sum of $1,517.00.

**DATED**: NOVEMBER 4, 2011

      /S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee